**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/11/2021

# MORVILLO ABRAMOWITZ GRAND IASON & ANELLO P.C.

ELKAN ABRAMOWITZ
RICHARD F. ALBERT
ROBERT J. ANELLO*
KATHLEEN E. CASSIDY
BENJAMIN S. FISCHER
CATHERINE M. FOTI
CHRISTOPHER B. HARWOOD
LAWRENCE IASON
BRIAN A. JACOBS
TELEMACHUS P. KASULIS
KAREN R. KING
ROBERT M. RADICK*
JONATHAN S. SACK**
EDWARD M. SPIRO
JEREMY H. TEMKIN
RICHARD D. WEINBERG

565 FIFTH AVENUE
NEW YORK, NEW YORK 10017
(212) 856-9600
FAX: (212) 856-9494

www.maglaw.com

WRITER'S CONTACT INFORMATION

liason@maglaw.com
(212) 880-9420

SENIOR COUNSEL
PAUL R. GRAND

COUNSEL
JASMINE JUTEAU
CURTIS B. LEITNER

ROBERT G. MORVILLO
1938-2011
MICHAEL C. SILBERBERG
1940-2002
JOHN J. TIGUE, JR.
1939-2009

*ALSO ADMITTED IN WASHINGTON, D.C.
**ALSO ADMITTED IN CONNECTICUT

November 11, 2021

**By ECF**
The Honorable Valerie E. Caproni
United States District Judge
United States District Court for the
    Southern District of New York
40 Foley Square
New York, NY 10007

<u>United States v. Milton Palacio</u>, Case No. 21-Cr.-00603 (VEC)

Dear Judge Caproni:

    We represent Milton Palacio and write to request that the deadline be extended to Thursday, November 11, 2021 for Mr. Palacio to have his fully executed personal recognizance bond submitted to the Court. On October 22, 2021, Magistrate Judge Lehrburger ordered Mr. Palacio to sign a $250,000 personal recognizance bond and set November 5, 2021 as the deadline to have two financially responsible individuals co-sign the bond. The United States Attorney's Office has approved two individuals who have signed the PRB. We have been told that the United States Attorney's Office has submitted the signed PRB to the clerk's office and that the co-signers have sworn to the clerk's office that they agree to the terms of the PRB. We believe that the terms of the personal recognizance bond have now been satisfied. The United States Attorney's Office does not object to this request.

    Please let me know if you have any questions about this request. I can be reached at 917-613-9614. Thank you.

                                Very truly yours,

                                /s/ Lawrence Iason
                                Lawrence Iason

Application GRANTED.

Mr. Palacio's deadline to submit the signed and co-signed bond is adjourned *nunc pro tunc* from November 5, 2021 to November 11, 2021.

SO ORDERED.

Date: November 11, 2021

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE