# MORVILLO ABRAMOWITZ GRAND IASON & ANELLO P.C.

ELKAN ABRAMOWITZ
RICHARD F. ALBERT
ROBERT J. ANELLO*
KATHLEEN E. CASSIDY
BENJAMIN S. FISCHER
CATHERINE M. FOTI
CHRISTOPHER B. HARWOOD
LAWRENCE IASON
BRIAN A. JACOBS
TELEMACHUS P. KASULIS
KAREN R. KING
ROBERT M. RADICK*
JONATHAN S. SACK**
EDWARD M. SPIRO
JEREMY H. TEMKIN
RICHARD D. WEINBERG

565 FIFTH AVENUE
NEW YORK, NEW YORK 10017
(212) 856-9600
FAX: (212) 856-9494

www.maglaw.com

WRITER'S CONTACT INFORMATION

bfischer@maglaw.com
(212) 880-9585

SENIOR COUNSEL
PAUL R. GRAND

COUNSEL
JASMINE JUTEAU
CURTIS B. LEITNER

ROBERT G. MORVILLO
1938-2011
MICHAEL C. SILBERBERG
1940-2002
JOHN J. TIGUE, JR.
1939-2009

*ALSO ADMITTED IN WASHINGTON, D.C.
**ALSO ADMITTED IN CONNECTICUT

June 23, 2022

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 06/24/22

**MEMO ENDORSED**

**By ECF**
The Honorable Valerie E. Caproni
United States District Judge
United States District Court for the
  Southern District of New York
40 Foley Square
New York, NY 10007

Re: *United States v. Milton Palacio*, Case No. 21-Cr.-00603 (VEC)

Dear Judge Caproni:

This firm represents Defendant Milton Palacio in the above-captioned matter. I write to respectfully request a temporary modification of Mr. Palacio's bail conditions to allow him to travel to Atlanta, Georgia this weekend, specifically from June 24 through June 26. Mr. Palacio would like to travel to Atlanta to attend a charitable event. Mr. Palacio's bail conditions currently restrict his travel to the Southern and Eastern Districts of New York, the District of Oregon, the District of Colorado, and the Southern, Northern, and Eastern Districts of California.

Both the government and pretrial services are aware of this request and do no object. Mr. Palacio will provide his travel itinerary to his pretrial officer in advance of travel.

We appreciate the Court's consideration of this request.

Respectfully submitted,

/s/ Benjamin S. Fischer
Benjamin S. Fischer

---

Application GRANTED.

SO ORDERED.

*[signature]* 06/24/22

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE