```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 09/23/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
UNITED STATES OF AMERICA                          :
                                                  :
    -against-                                     :    21-CR-603 (VEC)
                                                  :
                                                  :    ORDER
MILTON PALACIO,                                   :
                                                  :
                             Defendant.           :
-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

WHEREAS on September 23, 2022, the parties requested that the Court schedule a change-of-plea hearing.

IT IS HEREBY ORDERED that a change-of-plea hearing will be held on **Monday, October 3, at 10:00 A.M.** The change-of-plea proceeding will be held in Courtroom 443 of the Thurgood Marshall United States Courthouse, located at 40 Foley Square, New York, New York 10007.

SO ORDERED.

Date: September 23, 2022
New York, NY

_____
**VALERIE CAPRONI**
**United States District Judge**