```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/03/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------- X
UNITED STATES OF AMERICA                :
                                        :
    -against-                        :       21-CR-603 (VEC)
                                        :
                                        :       <u>ORDER</u>
MILTON PALACIO,                         :
                                        :
                             Defendant.     :
-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

       WHEREAS on October 3, 2022, the parties appeared for a change of plea hearing; and

       WHEREAS Mr. Palacio entered a plea of guilty to the lesser included offense of conspiracy to commit healthcare fraud of Count 1 of the Superseding Indictment (S7), which was accepted by the Court.

       IT IS HEREBY ORDERED that Mr. Palacio will be sentenced on **Monday, January 30, 2023, at 10:30 A.M.**  Pre-sentencing submissions are due no later than **January 16, 2023**. The sentencing will be held in Courtroom 443 of the Thurgood Marshall United States Courthouse, located at 40 Foley Square, New York, New York 10007.

**SO ORDERED.**

**Date: October 3, 2022**
**New York, NY**

                                                             **VALERIE CAPRONI**
                                                             **United States District Judge**